UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RAFAEL LLOVERA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:23-cv-00944-LSC-SGC |
| STATE OF ALABAMA, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

The magistrate judge entered a report on September 6, 2023, recommending the petition for a writ of habeas corpus filed by Rafael Llovera and docketed as brought under 28 U.S.C. § 2254 be re-docketed as brought under 28 U.S.C. § 2241 and dismissed without prejudice. (Doc. 5). The magistrate judge further recommended a certificate of appealability be denied. (Doc. 5). Although the magistrate judge advised the petitioner of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds the petition is due to be re-docketed as brought under § 2241 and dismissed without prejudice. The court

further finds a certificate of appealability is due to be denied. A final judgment will be entered.

      **DONE** and **ORDERED** on September 29, 2023.

_____<br>
L. Scott Coogler<br>
United States District Judge<br>
160704